KINGSLEY, Respondent, v. FINCH, PRUYN & CO., Inc., Appellant. (Supreme Court, Appellate Division, Third Department.

November 13, 1907.) Action by Albert M. Kingsley, as administrator, etc., of Howard M. Kingsley, deceased, against Finch, Pruyn & Co., incorporated.

PER CURIAM. Judgment and order reversed, on the ground that there is no evidence of defendant's negligence, and new trial granted, with costs to appellant to abide event. See 54 Misc. Rep. 317, 105 N. Y. Supp. 968.

CHESTER and KELLOGG, JJ., concur in the reversal on the ground that the verdict is against the weight of evidence.